# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | ) | **CASE NO. 5:18-cr-00094-PAG-2** |
| **OF AMERICA** | ) | |
|     **Plaintiff,** | ) | |
| **vs.** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| | ) | |
| **AUDREY J. GIBSON** | ) | **NOTICE OF SERVICE OF** |
|     **Defendant.** | ) | **DEFENSE DISCOVERY REQUEST** |

Now comes the Defendant, Audrey J. Gibson, by and through counsel, pursuant to Fed. Crim. R. 16, and hereby gives notice to this Honorable Court and all interested parties that on March 6, 2018, she submitted her formal request for discovery in the instant matter. Service was made electronically upon the Assistant United States Attorney assigned to this case.

                                            Respectfully submitted,

                                            /s/ Erik E. Jones
                                            Erik E. Jones, Esq. (0075418)
                                            137 South Main Street, Suite 102
                                            The Delaware Building
                                            Akron, Ohio 44308
                                            Phone  (234) 208-5020
                                            Fax     (234) 205-2687
                                            *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on this 6th day of March, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Erik E. Jones
Erik E. Jones, Esq.