IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES ) | CASE NO. 5:18-cr-00094-2 | |
| OF AMERICA ) | | |
| Plaintiff, ) | | |
| vs. ) | JUDGE PATRICIA A. GAUGHAN | |
| ) | | |
| ) | | |
| AUDREY J. GIBSON ) | | |
| ) | | |
| Defendant. ) | MOTION TO RETURN PROPERTY | |

Now comes the Defendant, **AUDREY J. GIBSON**, by and through counsel and hereby requests an order granting the instant Motion to Return Property. When this defendant was arrested, multiple items of personal property and other items were seized by law enforcement. Attorney of the Government has filed a Motion to Forfeit Property. The personal property the defendant is seeking is not any of the property sought for forfeiture to the Government in either the Plea Agreement or the Governments motion in this case. The property sought by the defendant is enumerated in the attached Exhibit A.

Respectfully submitted,

/s/ Erik E. Jones
Erik E. Jones, Esq. (0075418)
137 South Main Street, Suite 102
The Delaware Building
Akron, Ohio 44308
Phone  (234) 208-5020
Fax     (234) 205-2687
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2019, a copy of the Motion filed electronically, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

 /s/ Erik E. Jones
Erik E. Jones (0075418)
*Attorney for Quadron Johnson*