CV-2018-04-1832    MCCARTY, ALISON E.    04/26/2018 14:58:16 PM    CMCO

*Judge* (signature)

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 1 |

| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin |
|---|---|

CLEARANCES:
- A ☐ DEATH OF OFFENDER
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSED COOP.
- U ☐ REFERRED TO PROS
- E ☐ JUVENILE/NO CUSTODY
- F ☒ ARREST-ADULT
- G ☐ ARREST-JUVENILE
- H ☐ WARRANT ISSUED
- I ☐ INVEST PENDING
- J ☐ CLOSED
- K ☐ UNFOUNDED
- U ☐ UNKNOWN

ACTION TAKEN: ON 2-13-2018 I was asked to prepare an itemized list of the items removed from 2846 Popham Street pursuant to a search warrant on 2-8-18. Below is an itemized list of the items removed including a brief description and an estimated value. These items are believed to have been purchased with drug proceeds and as a result should be subject to seizure.

Items of clothing located in a clear plastic bag are:

1- "Givenchy" black purse with no tags -value unknown
2- "Gucci" Multicolor hair tie- estimated value of $395.00
3- "Gucci" Floral print baseball cap size M- Had a Neiman Marcus price tag of $227.00
4- "Gucci" black lace pants size L-had a price tag of $75.00
5- "Burberry" khaki colored jacket size M-had a price tag of $995.00
6- "Fendi" Green and black coat size 44-had a price tag of $2,250.00
7- "House of CB" pink fur coat size M-had a price tag of $179.00
8- "Balmain" black and white sweater size S- had a price tag of $965.00
9- "D & G" black and white fur purse-estimated value $3,000.00
10- "Zara" black knit sweater size M-estimated value $15.00
11- "Louis Vuitton" black rain coat size S-had a price tag of $3,100.00
12- "Louis Vuitton" black and gold mink stoal- estimated value of $1,200.00
13- "Coco Chanel" gold belt size 90/36-estimated value $360.00
14- "Gucci" black and gold belt purse-estimated value $1,200.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 2 |
| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin | | |

15- "Versace" pink and blue sweater size 44-estimated value $500.00
16- "Gucci" red sweater size XS-estimated value $1,100.00
17- "Gucci" multi-colored jacket size 44-estimated value $3,000.00
18- "Cinq & Sept" grey sweater size S-had a price tag of $395.00
19- "Gucci" white & flower print sweatshirt size XS-had a price tag of $550.00
20- "Gucci" black and pink shirt size S-estimated value of $135.00
21- "Gucci" orange and black jacket size S-estimated value of $3,000.00
22- "Louis Vuitton" yellow and blue jacket size 40-estimated value of $1,200.00
23- "Norman Ambrose" orange dyed mink fur coat-estimated value of $6,995.00
24- "Burberry Brit" black coat size S-estimated value of $795.00
25- "Louis Vuitton" gold raincoat- unknown value
26- "Givenchy" red jacket size 36-estimated value of $1,340.00
27- "Loved" pink winter hat size M- Has price tags of $420.00
28- "Rag & Bone" black pants size 29-has a price tag of $250.00
29- "Louis Vuitton" black and grey scarf-estimated value of $350.00
30- "Gucci" black and pink sweatsuit size L-unknown value
31- "Gucci" pink flowered head scarf size 56-estimated value of $400.00
32- "Louis Vuitton" gold and black mink stoal-estimated value of $1,700.00
33- "Gucci" black sweatsuit-estimated value of $1,200.00
34- "Gucci" black sequined head scarf- estimated value of $800.00
35- "Versace" black/red/white and blue race jacket size 40-estimated value of $500.00
36- "Fendi" black coat size 40-estimated value of $3,300.00
37- "Coco Chanel" black shirt size 38-has a price tag of $750.00
38- "Gucci" black hooded jacket size XS-estimated value of $3,000.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 3 |
| ARREST Donte L. Gibson | | ARREST Audrey J Gibson-Martin | |

39- "Coco Chanel" black coat with gold trim size 38-has a price tag of $1,620.00
40- "Gucci" black shirt with a tiger size S- estimated value of $900.00
41- "Gucci" pink and black shirt with "Modern Fathre" applique on the front- unknown value
42- "Gucci" pink kids shirt-estimated value of $175.00
43- "Gucci" yellow and black mushroom pants suit size L- estimated value $2,000.00
44- "Theory" white sweater-has a price tag of $345.00
45- "Louis Vuitton" red white and blue jogging pants size 40-has a price tag of $1,730.00
46- "Gucci" pink and black head band-estimated value of $300.00
47- "Gucci" green and gold pants suit size M-estimated value of $2,000.00
48- Pair of unknown brand Khaki desert camo pants-unknown value.

Tagged into BFP under item #1322208

49- "Gucci" white and black tennis shoes-estimated value of $730.00
50- "Louis Vuitton" orange black and white sneakers size 38- estimated value of $790.00
51- "Louis Vuitton" green and tan sneakers size 38-estimated value of $990.00
52- "Brunelli Cuccinelli shoes size 38- estimated value $1,400.00
53- "Gucci" white sneakers with fur around the top size 37 ½- estimated value of $800.00
54- "Gucci" white sneakers size 37 ½-estimated value $600.00
55- "Christian Louboutin" multicolored sneakers size 38- estimated value $1,045.00
56- "Adidas" yellow running shoes size 7-estimated value $60.00
57- "Louis Vuitton" black sneakers size 38-estimated value $990.00

| Reporting Officer S. Williams #63 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 4 |
| ARREST Donte L. Gibson | | ARREST Audrey J Gibson-Martin | |

58- "Coco Chanel" gold and white sneakers size 38-estimated value $670.00
59- "Valentino Garavani" white and fur sneakers size 38-estimated value $1,245.00
60- "Givenchy" white and black sneakers- estimated value of $650.00
61- "Valentino Garavani" black sneakers size 42-estimated value of $665.0
62- "Louis Vuitton" brown and white running shoes size 8-estimated value of $2,600.00
63- "Louis Vuitton" blue and pink walking shoe size 38-estimated value of $990.00
64- "Gucci" white sneakers size 37 ½-estimated value of $1,350.00
65- "Miu-Miu" white and brown fur sneakers size 38-estimated value of $800.00
66- "Gucci" white sneakers-estimated value of $1,350.00

Tagged into EFP under item #1322211

67- "Gucci" blue suede slip-on shoes size 38-estimated value of $270.00
68- "Christian Louboutin" black boots size 41 ½- estimated value of $400.00
69- "Miu-Miu" black boots size 38-estimated value of $900.00
70- "Christian Louboutin" yellow and brown hightop tennis shoes size 38-estimated value of $900.00
71- "Ganna Bini" black high heel shoes size 8M-estimated value of $80.00
72- "Coco Chanel" gold and black high heeled boots size 38-estimated value of $900.00
73- "Christian Louboutin" gold and black high heeled boots size 38- estimated value of $1,500.00
74- "Bally" blue suede boots size 7E-estimated value of $600.00
75- "Coco Chanel" black boots size 38-unknown value
76- "Gucci" black and gold slip on shoes- estimated value of $700.00

| Reporting Officer S. Williams #63 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 5 |
| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin | | |

77- "Gianni Bini" gold and black boots size 7.5M-estimated value of $200.00
78- "Louis Vuitton" white high heeled boots size 38-estimated value of $500.00
79- "Coco Chanel" black and gold high heeled shoes size 38- estimated value of $600.00
80- "Burberry" black and red tennis shoes size 37 ½- estimated value of $500.00
81- "Balenciaga" red high heeled shoes size 38- estimated value of $400.00
82- "Stuart Weitzman" pink suede boots size 8M-estimated value of $200.00
83- "Coco Chanel" blue suede boots size 38 ½-estimated value of $800.00
84- "Balenciaga" pink suede boots size 38- estimated value of $500.00
85- "Louis Vuitton" black and red boots size 38-estimated value of $1,100.00
86- "Michael Kors" black high heeled shoes- estimated value of $100.00
87- "Coco Chanel" blue denim boots size 38- estimated value of $600.00
88- "Christian Louboutin" white lace boots size 38- estimated value of $1,100.00
89- "Gucci" black and pearl high heeled shoes size 38-estimated value of $1,300.00
90- "Christian Louboutin" brown high heeled boot size 38-estimated value of $1,400.00
91- "Fendi" black and blue fur boots size 38-estimated value of $1,100.00
92- "Christian Louboutin" black multi colored boots size 38-estimated value $1,200.00
93- "Aquazurra" gold high heeled boots size 38- estimated value $1,195.00

Tagged into the EFP system under item #1322209

94- "Louis Vuitton" green sneaker boots- unknown value

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 6 |
| ARREST Donte L. Gibson | | ARREST Audrey J Gibson-Martin | |

95- "Gucci" pink sequined shoes- estimated value of $650.00
96- "Gucci" green and gold tennis shoes-estimated value of $700.00
97- "Gucci" silver and pink sneakers-estimated value of $670.00
98- "Givenchy" white and black sneakesr-estimated value of $595.00
99- "Fendi" white sneakers-estimated value of $670.00
100- "Alexander Queen" pink suede tennis shoes size 38- estimated value of $500.00
101- "Yves St. Laurent" black tennis shoes-estimated value of $500.00
102- "Versace Versus" black tennis shoes-estimated value of $500.00
103- "Coco Chanel" multi-colored tennis shoes size 37 ½- estimated value of $500.00
104- "Louis Vuitton" white and brown tennis shoes size 37- estimated value of $900.00
105- "Nike" Air cork colored tennis shoes size 6 ½- estimated value of $100.00
106- "Balenciaga" black tennis shoes size 38- estimated value of $600.00
107- "Balenciaga" red tennis shoes size 38- estimated value of $700.00
108- "Balenciaga" blue tennis shoes size 38-estimated value of $700.00

Tagged into the EFP system under item # 1322210

109- "Vince Camuto" black high heeled boots size 7 ½- estimated value of $60.00
110- "Gianni Bini" tan high heeled boots size 7 ½- estimated value of $70.00
111- "Gianni Bini" grey high heeled boots size 7 ½- estimated value of $70.00
112- "Gianni Bini" blue sueded high heeled boots size 8- estimated value of $70.00
113- "Alex Marie" black patent leather low heeled shoes size 7 ½- estimated value of $20.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 7 |
| ARREST Donte L. Gibson | | ARREST Audrey J Gibson-Martin | |

114- "Gucci" shower shoes- estimated value of $1,100.00
115- "Fendi" shower shoes size 37 1/2- estimated value of $900.00
116- "Gianni Bini" black high heeled shoes size 7 ½- estimated value of $70.00
117- "Arturo Chiang" tan high heeled shoes size 7 ½- estimated value of $70.00
118- "Coco Chanel" silver sandals size 38- estimated value of $1,000.00
119- "Louis Vuitton" black shower shoes size 38- estimated value of $500.00
120- "Gucci" tan and black shower shoes- estimated value of $630.00
121- "Coco Chanel" tan sandals size 38- estimated value of $799.00
122- "Antonio Melani" tan high heeled shoes size 7 ½- estimated value of $70.00
123- "Gucci" gold and flower print flats size 38- estimated value of $730.00
124- "Gucci" dyed lamb fur brown slides size 38- estimated value of $940.00
125- "Coco Chanel" white leather sandals size 38C-estimated value of $456.00
126- "Louis Vuitton" brown sandals size 38- estimated value of $400.00
127- "Gucci" black and fur slides size 38- estimated value of $1,150.00
128- "D & G" white shower shoes size 38- estimated value of $400.00
129- "Gucci" pink slides size 38- estimated value of $900.00
130- "Gucci" pink slides size 37 1/2- estimated value of $1000.00
131- "Valentino" black and gold sandals size 38- estimated value of $500.00
132- "Coco Chanel" black slides size 38- estimated value $600.00
133- "Valentino Garavani" gold studded slides size 38- estimated value of $350.00
134- "Gucci" blue and white slides- estimated value of $520.00
135- "Versace" white and gold slides- estimated value of $400.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB_____ OFFICER_____ |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 8 |
| ARREST Donte L. Gibson | | ARREST Audrey J Gibson-Martin | |

136- "Versace" black and gold slides- estimated value of $400.00
137- "Gucci" black and green pool slides- estimated value of $590.00
138- "Versace" blue and gold slides size 38- unknown value
139- "Givenchy" yellow fur and black shower shoes- estimated value of $600.00
140- Unknown black beaded shower shoes-unknown value
141- "Valentino" maroon studded sandals- estimated value of $400.00
142- "Coco Chanel" tan shower shoes- estimated value of $600.00
143- "Coco Chanel" black and tan shoes size 38C-unknown value
144- "Coco Chanel" black sandals size 38- estimated value of $650.00
145- "Gucci" black flip flops size 38- estimated value of $420.00

37 mismatched name brand shoes without a matching shoe were also tagged.

Tagged under EFP #1322159

146- "Yves St. Laurent" grey purse- estimated value $2000.00
147- "Burberry" brown clutch purse- estimated value $1000.00
148- "Coco Chanel" yellow/pink/green clutch- unknown value
149- "Coco Chanel" yellow purse- estimated value $6,800.00
150- "Coco Chanel" blue denim purse- estimated value $2600.00
151- "Coco Chanel" black purse- estimated value $4,300.00
152- "Givenchy" blue purse- estimated value $1,300.00
153- "D & G" black/white checkered purse- estimated value $2,300.00
154- "Balenciaga" black purse with graffiti writing- tag on bag says $2,150.00
155- "Coco Chanel" black purse- estimated value $4,300.00
156- "Coco Chanel" large pink purse- estimated value $2,200.00
157- "Coco Chanel" tan handbag- tag on bag says $3,500.00
158- "Coco Chanel" blue purse- estimated value $2,600.00
159- "Coco Chanel" silver purse- estimated value $900.00
160- "Coco Chanel" green burlap purse- unknown value
161- "Coco Chanel" red leather purse-estimated value $4,800.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 |
|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 9 |

| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin |
|---|---|

"Alexander McQueen" gold beaded clutch- tag on bag says $2,195.00
163- "Express" tan purse- estimated value $50.00

Tagged under EFP # 1322158

164- "Yves St. Laurent" large brown purse-estimated value $900.00
165- "Yves St. Laurent" brown purse- unknown value
166- "Louis Vuitton" tan/brown checkered purse- estimated value $1,000.00
167- "Yves St. Laurent" brown backpack purse- estimated value $2,700.00
168- "Louis Vuitton" red/black backpack purse- estimated value $2,000.00
169- "Louis Vuitton" brown/red purse- estimated value $3,200.00
170- "Louis Vuitton" brown/tan duffel bag-estimated value $2,154.00
171- "Louis Vuitton" large brown "triangle softy" purse- estimated value $1,000.00
"Louis Vuitton" pink/brown hard sided clutch purse- tag on bag says $1,820.00
173- "Louis Vuitton" large brown leather bag- estimated value $500.00
174- "Louis Vuitton" brown/tan checkered purse- estimated value $700.00
175- "Louis Vuitton" black purse with a sequined bird-estimated value $700.00
176- "Louis Vuitton by Jeff Koons" brown print purse- estimated value $1,700.00
177- "Louis Vuitton" brown purse with faces-estimated value $700.00
178- "Louis Vuitton" brown fanny pack- estimated value $610.00
179- "Louis Vuitton" silver clutch "Pf Twist"- estimated value $3,100.00

Tagged under EFP number 1322157

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 |
|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 10 |

| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin |
|---|---|

- "Louis Vuitton" blue pond print purse- tag on bag says $2,800.00
- 181- "Fendi" tan purse with black fur- unknown value
- 182- "Fendi" brown fur purse- estimated value $7,100.00
- "Versace" purple beaded night bag- tag on bag says $1,975.00
- 184- "Versace" red/blue purse- estimated value $820.00
- 185- "Versace" red/blue purse- estimated value $2,500.00
- 186- "Gucci" pink leather purse- estimated value $2,900.00
- 187- "Christian Louboutin" red leather clutch- estimated value $650.00
- 188- "Coco Chanel" pink leather clutch- estimated value $1,900.00
- 189- "Gucci" red leather clutch- estimated value $550.00
- 190- "Gucci" black leather clutch- estimated value $500.00
- 191- "Gucci" black change purse- estimated value $50.00
- 192- "Versace" black change purse- estimated value $50.00
- 193- "Gucci" black/green/red purse- estimated value $3000.00
- 194- "Miu-Miu" pink/maroon fanny pack- estimated value $1,700.00
- 195- "Gucci" black/green/red purse with a butterfly- estimated value $3,500.00
- 196- "Gucci" pink purse with silver sequins- estimated value $3,220.00
- 197- "Gucci" black purse with beetle closure- estimated value $500.00
- "Gucci" red purse with snake closure- tag on bag says $4,200.00
- "Gucci" large green purse with pink flowers- tag on bag says $3,100.00
- 200- "Gucci" black/gold purse- unknown value
- 201- "Gucci" black purse- estimated value $2,500.00
- 202- "Gucci" red fanny pack-estimated value $1,300.00
- 203- "Gucci" tan purse- estimated value $2,500.00
- 204- "Coco Chanel" tan purse- unknown value
- 205- "Gucci" purple purse with blue flowers-estimated value $2,700.00
- 206- "Gucci" brown suede handbag- estimated value $1,600.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 11 |

| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin |
|---|---|

207- "Gucci" brown purse with white tiger closure- estimated value $2,500.00
208- "Gucci" fur leopard print purse- estimated value $3,700.00
209- "Gucci" black flower print purse with white tiger closure- unknown value
210- "Coco Chanel" blue denim clutch- estimated value $2,500.00
211- "Coco Chanel" pink leather purse- estimated value $5,500.00
212- "Gucci" white flower print with sequined heart hip purse- unknown value
213- "Gucci" green leather hip purse- unknown value
214- "Gucci" blue purse with a gold bow- unknown value
215- "Gucci" red/blue purse- estimated value $1,930.00
216- "Gucci" white/gold leather purse- estimated value $2,500.00
217- "Gucci" pink leather purse with a bumble bee- estimated value $2,000.00
218- "Gucci" green flower print purse- unknown value
219- "Gucci" GG Blooms brown purse with pink flowers- estimated value $1,500.00
220- "Gucci" pink leather backpack purse- estimated value $1,800.00
221- "Gucci" red leather purse- estimated value $1,900.00
222- "Gucci" green leather purse- estimated value $1,900.00
223- "Gucci" brown and pink studded purse- estaimted value $4,400.00
224- "Gucci" brown purse with tribal mask- estimated value $4,900.00
225- "Gucci" blue suede purse- estimated value $1,500.00
226- "Gucci" black purse with flowers and dragons- estimated value $2,900.00

Tagged under EFP #1322151

227- "Coco Chanel" earrings with silver interlocking C's
228- Diamond earrings
229- "Coco Chanel" earrings with 3 gold stars
230- "Coco Chanel" black 8 point star earrings
231- "Coco Chanel" gold earrings with white studded interlocking C's

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

AKRON POLICE DEPARTMENT
REPORT OF INVESTIGATION

| NAME OF COMPLAINANT | RECORD ROOM |
|---|---|
| City of Akron/State of Ohio | 18-3073 |
| OFFENSE | DATE | PAGE |
| Possession/Trafficking in drugs | 2-13-18 | 12 |

ARREST
Donte L. Gibson

ARREST
Audrey J Gibson-Martin

232- "Louis Vuitton" gold chain with a gold V pendant earrings
233- "Coco Chanel" silver interlocking C earrings
234- "Coco Chanel" black and gold square with silver interlocking C earrings
235- "Miu-Miu" pink and silver heart with a pearl pendant earrings
236- "Coco Chanel" silver star earrings
237- "Louis Vuitton" gold/silver chain with a gold V necklace
238- "Coco Chanel" pearl necklace with silver interlocking C's
239- "Coco Chanel" silver chain with pearl necklace
240- "Coco Chanel" gold chain with "Chanel" pendants necklace
241- Snake rings
242- "Coco Chanel" silver chain with silver "Chanel" pendant necklace
243- "Coco Chanel" silver and stone rope necklace
244- "Coco Chanel" pearl earrings
245- "Coco Chanel" pearl with silver interlocking C's necklace
246- "Gucci" black heart with silver stones bracelet
247- "Coco Chanel" silver strap bracelet
248- "Coco Chanel" silver chain with pearl interlocking C's necklace
249- "Gucci" Pearl necklace with tiger pendant
250- "Louis Vuitton" gold chain with box pendants necklace
251- "Coco Chanel" Silver bow and interlocking C earrings
252- "Coco Chanel" Silver strap bracelet with interlocking C's. Price tag on bracelet says $900.00
253- "Coco Chanel" Silver chain necklace with pearl interlockings C's
254- "Coco Chanel" Silver necklace with silver pearl interlocking C's
255- "Coco Chanel" Silver strap belt with "Chanel" in silver
256- "Coco Chanel" Silver rope braid necklace
257- "Coco Chanel" Silver strap necklace with silver "Chanel"
258- "Coco Chanel" Silver chain with multicolored "Chanel" pendants
259- "Coco Chanel" silver chain necklace with silver interlocking C's

| Reporting Officer | Supervisor | RECORDS |
|---|---|---|
| S. Williams 863 | | DB |
| | | OFFICER |

AKRON POLICE DEPARTMENT
REPORT OF INVESTIGATION

| NAME OF COMPLAINANT | RECORD ROOM |
|---|---|
| City of Akron/State of Ohio | 18-3073 |

| OFFENSE | DATE | PAGE |
|---|---|---|
| Possession/Trafficking in drugs | 2-13-18 | 13 |

| ARREST | ARREST |
|---|---|
| Donte L. Gibson | Audrey J Gibson-Martin |

260- Silver chain Cleveland Indians necklace with a Chief Wahoo pendant
261- "Gucci" red/green rhinestone acetate bracelet
262- "Gucci" red/green/yellow rhinestone acetate bracelet
263- "DNA" gold and silver diamond bracelet
264- "Louis Vuitton" silver bracelet
265- "Louis Vuitton" silver bracelet
266- Diamond earrings
267- Gold and silver Rolex watch
268- Diamond "poundcake" necklace
269- Gold rope necklace
270- Silver mens wedding ring
271- Silver womans wedding ring
272- "Louis Vuitton" silver bracelet

Due to the inability to determine the authenticity of the precious metals and/or stones no approximate value was determined for the above items.

Tagged under EFP #1322152

273- "Cazal" legends gold framed sunglasses model 642/3- estimated value $449.00
274- "Cartier" silver/white reading glasses model 140- estimated value $2,050.00
275- "Cartier" Auteuil vintage rosewood reading glasses model 135B- estimated value $2,565.00
276- "Ray Ban" wayfarer black sunglasses model RB2140- estimated value $89.00
277- "Cartier" pink/silver sunglasses- unknown value
278- "Louis Vuitton" Evidence sunglasses model Z0351W- estimated value $735.00

Tagged under EFP #1322156

279- "Miu-Miu" SMU-10R gold framed sunglasses model 63017- estimated value $450.00

| Reporting Officer | Supervisor | RECORDS |
|---|---|---|
| S. Williams 863 | | DB OFFICER |

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 14 |
| ARREST Donte L. Gibson | | ARREST Audrey J Gibson-Martin | |

280- "Versace" silver and blue sunglasses model 2180-estimated value $295.00

281- "Miu-Miu" white/leopard sunglasses- tag on glasses says $420.00

282- "Jimmy Choo" tortoise shell sunglasses model Vivy/S- estimated value $400.00

283- "Gucci" red and green sunglasses model 3862/s- estimated value $235.00

284- "Tom Ford" Black Angus-02 sunglasses model TF560- estimated value $290.00

285- "Gucci" brown/ivory reading glasses- unknown value

286- "Louis Vuitton" silver studded "The Party" sunglasses- estimated value $665.00

287- "Celine" black sunglasses model 41398/s-estimated value $229.00

288- "Celine" gold sunglasses model 41808/s-estimated value $200.00

289- "Versace" silver sunglasses model 4330- estimated value $285.00

290- "Gucci" black/brown/red sunglasses model GG0059s- estimated value $595.00

291- "Balenciago" silver/tortoiseshell aviator sunglasses model BA97-estimated value $236.00

292- Unknown brand pink sunglasses- unknown value

293- "Gucci" black/white reading glasses model GG0061s- estimated value $275.00

294- "Tom Ford" gold with pink lens sunglasses model Elise-02- estimated value $290.00

295- "Gucci" black/brown round frame black acetate sunglasses model 463261- unknown value

296- "Fendi" tan and rose sunglasses model FF0149- estimated value $230.00

297- "Fendi" black sunglasses model FF0285- estimated value $278.00

298- "Balmain" shield gold/black sunglasses model BL8090-01- estimated value $285.00

299- "Balenciaga" black sunglasses model BA96- estimated value $275.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 |
|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 / PAGE 15 |

| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin |
|---|---|

300- "Celine" shadow black/tortoiseshell sunglasses model CL41026- estimated value $225.00
301- "Gucci" rose/black print sunglasses model GG0059s- estimated value $350.00
302- "Christian Dior" technologies pink/black sunglasses model 1URA9- estimated value $277.00
303- "Louis Vuitton" the party black sunglasses model Z0971U- estimated value $705.00
304- "Louis Vuitton" the party purple sunglasses model Z0971U- estimated value $705.00
305- "Salvatore Ferragamo" pink and gold glasses model SF2705R- estimated value $397.00
306- "Celine" shadow blue sunglasses model CL4143s-estimated value $204.00
307- "Gucci" gold/black sunglasses model GG0138s- estimated value GG0138s-estimated value $455.00
308- "Christian Dior" split pink sunglasses model 02T8F- estimated value $265.00
309- "Gucci" green/black/red oversize round sunglasses model GG0084s- estimated value $209.00
310- "Dolce Gabrana" white/gold sunglasses model DG2173-B- estimated value $381.00
311- "Fendi" white/gold sunglasses model FF0193- estimated value $520.00
312- "Gucci" gold gradient gold/white sunglasses model GG0115- estimated value $339.00
313- "Gucci" gold/black sunglasses model GG0113- estimated value $458.00
314- "Fendi" runway gradient square cat eye blue sunglasses- estimated value $570.00
315- "Fendi" runway pink/gold sunglasses- estimated value $570.00
316- "Gucci" oversize gold sunglasses model GG0225s- tag on glasses says $485.00
317- "Miu-Miu" purple/yellow sunglasses model SMU09s- estimated value $246.00
318- "Gucci" green/red sunglasses model GG0061s- estimated value $248.00

| Reporting Officer S. Williams #63 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 16 |
| ARREST Donte L. Gibson | | ARREST Audrey J Gibson-Martin | |

319- "Gucci" oversize round frame gold/pink sunglasses model GG0252s- estimated value $620.00
320- "Ray-Ban" black aviator sunglasses model RB4180- estimated value $70.00
321- "Chanel" round spring silver sunglasses model 4206- estimated value $390.00
322- "Gucci" white/gold sunglasses model GG0113s- estimated value $458.00
323- "Gucci" pink sunglasses model GG0113s- estimated value $458.00
324- "Ray-Ban" black wayfarer sunglasses model RB5184- estimated value $115.00
325- "Chanel" butterfly runway black/gold sunglasses model 5377A-estimated value $635.00
326- "Celine" red sunglasses model CL41435-estimated value $200.00
327- "Louis Vuitton" the diva gold/pink sunglasses model Z0960U-estimated value $549.00
328- "Louis Vuitton" vertigo tortoiseshell/gold sunglasses model Z0895E-estimated value $135.00
329- "Tom Ford" dashel gold/pink sunglasses model TF508- estimated value $200.00
330- "Gucci" rectangular frame acetate black/pearl model GG0234s- estimated value $935.00
331- "Gucci" round frame gold sunglasses model GG0225s- estimated value $298.00
332- "Gucci" metal cat-eye gold/pink sunglasses model GG0114s- estimated value $935.00
333- "Louis Vuitton" the party gold glasses model Z0997W- estimated value $136.00
334- "Gucci" square frame acetate red/green sunglasses model GG0178s- estimated value $263.00
335- "Prada" aviator gold/tortoiseshell sunglasses model SPR120- estimated value $149.00
336- "Fendi" blue sunglasses model FF0285s- estimated value $379.00
337- "Versace" white/gold sunglasses model 4316B- estimated value $119.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 17 |
| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin | | |

338- "Burberry" gold sunglasses model B3089- estimated value $147.00
339- "Christian Dior" split silver/blue sunglasses model 02T8F- estimated value $265.00
340- "Chanel" round spring brown/gold sunglasses model 4220- estimated value $545.00
341- "Fendi" runway brown/gold sunglasses- estimated value $570.00
342- "Jimmy Choo" Ello white/gold sunglasses model Ello/s- estimated value $297.00
343- "Ray-Ban" classic black sunglasses model RB5154-estimated value $178.00
344- "Chanel" pilot pink/gold sunglasses model 4219-Q-estimated value $340.00
345- "Cartier" pink glasses model 135-unknown value
346- "Christian Dior" Dior So Real Pop tortoiseshell sunglasses model 06JU1- estimated value $289.00
347- "Louis Vuitton" vertigo black/gold sunglasses model Z0892U- estimated value $625.00

Tagged under EFP 1322153

348- "Louis Vuitton" dark brown belt with a gold LV buckle size 33 model M9821-estimated value $575.00
349- "Louis Vuitton" black and grey inventeur belt with a silver buckle size 37 model M9234-estimated value $475.00
350- "Louis Vuitton" brown and tan inventeur belt with a gold buckle model M9235-estimated value $760.00
351- "Louis Vuitton" black and grey belt with a red and silver buckle size 40 model 9420- unknown value
352- "Versace" black belt with a silver Medusa buckle size 38 model DCU4140-estimated value $305.00
353- "Gucci" black and red belt with a gold "GG" buckle size 38 model 409416-estimated value $450.00
354- "Gucci" dark brown belt with a gold tiger buckle size 40 model 409420-estimated value $650.00
355- "Gucci" dark brown belt with a silver "GG" buckle size 38 model 411924-estimated value $450.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 |
|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 / PAGE 18 |
| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin | |

356- "Versace" black belt with a gold Medusa buckle size 36 model DCU4140-estimated value $340.00
357- "Gucci" black and gold fanny pack model 476434-estimated value $1,100.00
358- "Fendi" red leather strap-unknown value
359- "Gucci" black leather belt with a gold buckle size 34 model 491294-unknown value
360- "Gucci" white leather Queen Margaret belt with a bee buckle size 36 model 476452-estimated value $550.00
361- "Louis Vuitton" black belt with a gold LV buckle size 36 model M9360- unknown value
362- "Couture" pink dog collar from Kohls-unknown value
363- Gold chain with bows-unknown value
364- "Gucci" red/white/blue belt with a gold GG buckle size 36 model 409416-estimated value $450.00
365- "Gucci" black belt with a silver tigerhead spur buckle size 32 model 400592-estimated value $450.00
366- "Coco Chanel" dark brown belt with a silver CC buckle-estimated value $815.00
367- red leather belt-unknown value
368- "Express" tan leather belt size M model 13150- estimated value $20.00
369- "Fendi" dark brown/light brown belt size 34 model 170400201-unknown value
370- "Coco Chanel" cuir veritable black belt with a black buckle size 34- unknown value
371- "Gucci" black belt with a gold GG buckle size 32 model 453265-estimated value $1,050.00
372- "Gucci" red belt with a gold GG buckle size 36 model 370543-estimated value $450.00
373- "Louis Vuitton" brown belt with a gold LV buckle size 36 model M9498-estimated value $373.00
374- "Versace" palazzo white belt with a white Medusa buckle size 34 model DCDD442-estimated value $395.00
375- "Polo" brown leather belt size 38 model 11889-estimated value $40.00
376- "Express" black belt with a silver buckle size M-estimated value $40.00

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|

| AKRON POLICE DEPARTMENT REPORT OF INVESTIGATION | NAME OF COMPLAINANT City of Akron/State of Ohio | RECORD ROOM 18-3073 | |
|---|---|---|---|
| | OFFENSE Possession/Trafficking in drugs | DATE 2-13-18 | PAGE 19 |
| ARREST Donte L. Gibson | ARREST Audrey J Gibson-Martin | | |

377- black leather strap-unknown value
378- "Gucci" white and blue belt with a silver butterfly buckle size 34 model 499633-estimated value $700.00
379- "Express" dark brown belt with a silver buckle size M-estimated value $40.00
380- "Coco Chanel" silver belt with a rhinestone buckle size 36-unknown value
381- "Express" brown belt with a silver buckle size M-estimated value $40.00
382- "Gucci" brown oriental print belt with a gold GG buckle size 34 model 370543-estimated value $400.00
383- "American Eagle" brown leather belt size M-estimated value $40.00
384- "Louis Vuitton" brown and tan belt with a gold buckle size 34 model M9744-estimated value $355.00
385- "Fendi" tan leather strap-unknown value
386- "Gucci" hand painted dragon belt size 34 model 459317-estimated value $1,267.00
387- "Gucci" dark brown belt with a multicolored GG buckle size 34 model 476341-estimated value $109.00
388- "Gucci" white and blue belt size 36 model 499686-estimated value $550.00

4 Play Station 4 games (UFC2, Call of duty WWII, Madden 18, Sniper 3-Ghost Warrior) were tagged under EFP#1322154.

A display rack for glasses was tagged under EFP#1322155

| Reporting Officer S. Williams 863 | Supervisor | RECORDS DB OFFICER |
|---|---|---|