IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:18CR00094 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| AUDREY J. GIBSON, | ) | DEFENDAN'T REQUEST TO FILE |
| | ) | SENTENCING MEMORANDUM |
| Defendant. | ) | UNDER SEAL |

Now comes the defendant, by and through counsel, and hereby respectfully requests an Order from this Honorable Court granting the instant request to file his sentencing memorandum under seal.  The grounds for this request are further set out in the attached memorandum.

/s/: Erik E. Jones
Erik E. Jones, Esq. (0075418)
137 South Main Street, Suite 102
The Delaware Building
Akron, Ohio 44308
Phone (234) 208-5020
Fax    (234) 205-2687
erik@erikejoneslaw.com
*Attorney for Defendant*

MEMORANDUM

The defendant makes this request due to the sensitive and confidential information contained in his sentencing memorandum.  Additionally, the government does not object to this motion.  Lastly, the defendant maintains that the need for sealing outweighs the public interest in this matter.

/s/: Erik E. Jones
Erik E. Jones, Esq. (0075418)
137 South Main Street, Suite 102
The Delaware Building
Akron, Ohio 44308
Phone (234) 208-5020
Fax    (234) 205-2687
erik@erikejoneslaw.com
*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 10th day of January, 2019.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Respectfully submitted,


/s/ Erik E. Jones
Erik E. Jones, Esq.
*Attorney for Defendant*