UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 5:18CR94-002 |
| | * | |
| AUDREY J. GIBSON | * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

By agreement of the parties, the sentencing is not to occur before co-defendant's sentencing which was delayed due to a superseding indictment, the withdrawal of a guilty plea because of intervening new law, independent expert testing of drugs, the withdrawal of counsel and appointment of new counsel prior to sentencing, and multiple requests by co-defendant for the continuance of sentencing dates.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

Date:  4/23/20                                /s/ Patricia A. Gaughan
                                              United States District Judge